UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS OBIORA ENWONWU, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>US DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>    Respondent. )<br>) | Civil Action No.<br>25-11386-NMG |

ORDER

GORTON, J.

In May 2025, immigration detainee Francis Obiora Enwonwu filed in this Court a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he challenged his continuing confinement and the government's conclusion that he was subject to removal. At the time, he was confined in a facility within the United States District Court for the Western District of Louisiana, and he represented that he had another habeas action pending in that District. Because Enwonwu's immediate custodian was not located in the District of Massachusetts, the Court did not have jurisdiction over the matter. See Rumsfeld v. Padilla, 542 U.S. 426, 439-43 (2004). Given the pendency of Enwonwu's similar case in the Western District of Louisiana, transfer was unnecessary.

Further, in June 2025, Enwonwu's action in the Western District of Louisiana was transferred to the District of Maine.

See Enwonwu v. Joyce, C.A. No. 25-00336-SDN (D. Me.). According to the docket of the action, Enwonwu was removed to Nigeria on June 18, 2025. Id. (Docket # 29).

Accordingly, this action is DISMISSED as moot.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 07/28/2025